UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ALEXANDER FRIEDMANN , <br><br> Plaintiff, <br> v. <br><br> MULTICARE HEALTH SYSTEMS INC., <br><br> Defendants. | Case No. 3:23-cv-05770-BHS <br><br> REPORT AND RECOMMENDATION <br><br> Noted for: December 8, 2023 |

On August 28, 2023 plaintiff filed a proposed complaint and an application to proceed *in forma pauperis*. Dkt. 1. Given the identified deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until October 27, 2023 to show cause why his complaint should not be dismissed or file an amended complaint. Dkt. 3. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends that the Court dismiss plaintiff's action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on December 8, 2023, as noted in the caption.

Dated this 22nd day of November, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: DECEMBER 8, 2023 - 2