UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ALEXANDER
FRIEDMANN,

                    Plaintiff,

        v.

MULTICARE HEALTH SYSTEMS
INC,

                    Defendant.

CASE NO. C23-5770 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Theresa L. Fricke's

Report and Recommendation (R&R), Dkt. 4, recommending the Court deny pro se

plaintiff Michael Friedmann's application for leave to proceed *in forma pauperis*, Dkt. 1,

and dismiss Friedmann's complaint without prejudice for failure to state a claim, for

failure to comply with the Court's Order, Dkt. 3, and for failure to file an amended

complaint. Friedmann has not objected to the R&R.

A district court "shall make a de novo determination of those portions of the report

or specified proposed finding or recommendations *to which objection is made*." 28

U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute

1   makes it clear that the district judge must review the magistrate judge's findings and

2   recommendations de novo *if objection is made*, but not otherwise." *United States v.*

3   *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires

4   "specific written objections to the proposed findings and recommendations" in the R&R.

5   Fed. R. Civ. P. 72(b)(2).

6          The R&R is **ADOPTED**. Friedmann's motion for leave to proceed *in forma*

7   *pauperis* is **DENIED**, and this matter is **DISMISSED without prejudice** and **without**

8   **leave to amend**, for failure to prosecute. The Court will not permit Friedmann to proceed

9   *in forma pauperis* in the event of an appeal.

10         The Clerk shall enter a **JUDGMENT** and close the case.

11         Dated this 7thth day of December, 2023.

12

13

14                                 _____
                                   BENJAMIN H. SETTLE
                                   United States District Judge
15

16

17

18

19

20

21

22

ORDER - 2